AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
MAR - 6 2015
**Clerk of Court**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Roberto GOMEZ-Valle | ) | Case No. M-15-0338-M |
| (YOB 1984) Mexico | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iii) | Knowing and in reckless disregard of the fact that Honorio CABRALES-Salazar, and two (2) others who were aliens, who had come to, entered and remained in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation; to wit a residence in McAllen, Texas. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*approved by*
*AUSA*

Sworn to before me and signed in my presence.

Date: 3.6.2015

City and state:   McAllen, Texas

*Complainant's signature*

David Adame  HSI Special Agent
*Printed name and title*

*Judge's signature*

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

ATTACHEMENT A

I. On October 14, 2014, Homeland Security Investigations (HSI), with the assistance of the Office of Border Patrol (OBP), arrested sixteen (16) undocumented aliens (UDA). One principle was identified and federal prosecution was accepted as part of an ongoing alien smuggling investigation. During a custodial drive with the defendant, the defendant identified 1924 Oakland Ave., McAllen, Texas as the residence where the defendant picked up the UDAs.

II. On December 16, 2014, HSI, with the assistance of Border Patrol, arrested twenty (20) UDAs after the UDAs were dropped off in the brush south of the Falfurrias Border Patrol checkpoint. One principle was identified and federal prosecution was accepted was part of an ongoing alien smuggling investigation. Surveillance conducted by HSI and OBP agents during this event observed the UDAs had been picked up at 1924 Oakland Ave. McAllen, Texas.

III. On March 5, 2015, HSI, with the assistance of OBP and the Hidalgo Co. Constables, conducted a knock and talk on the residence located at 1924 Oakland Ave., McAllen, Texas. After verbal consent was granted by a resident of home, a search of the home resulted in the apprehension of four (4) UDAs, to include Jose Roberto GOMEZ-Valle, a citizen and national of Mexico with no legal status to be or remain in the United States.

IV. During a post Miranda interview, GOMEZ-Valle admitted to agents he had harbored approximately fifty (50) UDAs at his residence for profit since October 2014. GOMEZ-Valle stated the aforementioned incidents in October and December were UDAs harbored at his residence.

V. Material Witness Honorio CABRALES-Salazar, a citizen and national of Mexico with no legal status to be or remain in the United States, was found inside 1924 Oakland Ave., McAllen, Texas. CABRALES-Salazar positively identified GOMEZ-Valle from a DHS photo lineup as the caretaker of the home.

VI. Assistant United States Attorney Kristen Rees was contacted and accepted federal prosecution on Jose Roberto GOMEZ-Valle.